OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

September 16, 2020

Timothy Zerillo, Esq.
Zerillo Law Firm, LLC
1250 Forest Ave, Suite 3A
Portland, ME 04103

RE:   USA v. Alexander Burnham
      Criminal No. 2:20-cr-61-GZS
      Formerly Magistrate No. 2:20-mj-101-JHR

Dear Attorney Zerillo:

This matter has been scheduled for a VIDEO waiver of indictment and plea to an information before the Honorable, George Z. Singal. The proceeding will take place on October 1, 2020 at 2:00 PM.

The defendant will be required to identify every prescription medication (s)he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judge's refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose.

Counsel must file the Prosecution Version, any Plea Agreement and any proposed Preliminary Order of Forfeiture, if applicable at least 2 business days prior to the plea.

The court is aware that you are acting as retained counsel.

Sincerely,

CHRISTA K. BERRY, CLERK


By /s/ Lindsey Tully
Deputy Clerk

cc:   Meghan E. Connelly, AUSA
      U.S. Marshal Service
      U.S. Probation Office